|   |   |
|---|---|
| 1 | SANDRA KETNER, ESQ. |
|   | Nevada State Bar Number: 8527 |
| 2 | LITTLER MENDELSON, P.C. |
|   | 200 S. Virginia Street |
| 3 | 8th Floor |
|   | Reno, NV 89501.1944 |
| 4 | Telephone:  775.348.4888 |
|   | Fax No.:  775.786.0127 |
| 5 | Email:  sketner@littler.com |

Attorneys for Defendant
RENOWN HEALTH

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| DONNA BATESON, | Case No. 3:20-cv-00289-MMD-CLB |
|---|---|
| Plaintiff, |  |
| vs. | **STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| RENOWN HEALTH, a domestic nonprofit corporation, |  |
| Defendant. |  |

  Plaintiff Donna Bateson ("Plaintiff") and Defendant Renown Health ("Defendant"), by and through their attorneys of record, stipulate that Defendant shall have an additional fourteen (14) days to answer or otherwise plead in response to Plaintiff's complaint. Therefore, the parties agree that Defendant is to file its response on or before June 24, 2020.

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
775.348.4888

This is the first extension of Defendant's time to respond to Plaintiff's complaint and is made by stipulation of the parties.

Dated: June 8, 2020

Respectfully submitted,

*/s/ William J. Geddes, Esq.*
WILLIAM J. GEDDES, ESQ.
KRISTEN R. GEDDES, ESQ.
THE GEDDES LAW FIRM, P.C.

Attorneys for Plaintiff
DONNA BATESON

Dated: June 8, 2020

Respectfully submitted,

*/s/ Sandra Ketner, Esq.*
SANDRA KETNER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
RENOWN HEALTH

**ORDER**

IT IS SO ORDERED.

Dated this __9th__ day of June, 2020.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

4828-9593-1839.1 082204.1000

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
775.348.4888

2.