SANDRA KETNER, ESQ.
Nevada Bar No. 8527
SKetner@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088
Fax: (775) 785-0087
*Attorneys for Defendant Renown Health*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONNA BATESON, | CASE NO.: 3:20-cv-00289-MMD-CLB |
| Plaintiff, | |
| v. | **SUBSTITUTION OF LAW FIRM** |
| RENOWN HEALTH, a domestic nonprofit corporation, | |
| Defendant. | |

I, Ryan Mandell, Esq., Deputy General Counsel of Defendant Renown Health ("Renown"), hereby substitute Simons Hall Johnston PC as the law firm of record in this case for Renown Health in the place and stead of the law firm of Littler Mendelson, P.C.

DATED this 20 day of July, 2020.

RYAN MANDELL, ESQ.
Deputy General Counsel
Renown Health

///
///
///

Page 1 of 3

I, Sandra Ketner, Esq., hereby agree that Simons Hall Johnston PC will be substituted as the law firm of record for Renown Health in the place and stead of Littler Mendelson, P.C., in this action.

DATED this 20 day of July, 2020.

*[signature]*
SANDRA KETNER, ESQ.
Nevada Bar No. 8527
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509

**IT IS SO ORDERED:**

Dated: July 22, 2020

*[signature]*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

# PROOF OF SERVICE VIA ELECTRONIC SERVICE

Pursuant to FRCP 5(b) and Local Rule 5-1, I certify that I am an employee of SIMONS HALL JOHNSTON PC, over the age of 18, not a party to the within action, and that on this date I caused a true copy of the **SUBSTITUTION OF LAW FIRM** to be served on all parties to this action by the method(s) indicated below:

__X__  by using the Court's CM/ECF Electronic Notification System to:

William J. Geddes
The Geddes Law Firm, P.C.
1575 Delucchi Lane, Suite 206
Reno, NV 89502
will@TheGeddesLawFirm.com

DATED this 21 day of July, 2020.

_____
Employee of Simons Hall Johnston PC