SANDRA KETNER, ESQ.
Nevada Bar No. 8527
SKetner@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088
*Attorneys for Defendant Renown Health*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONNA BATESON,<br><br>    Plaintiff,<br><br>v.<br><br>RENOWN HEALTH, a domestic nonprofit corporation,<br><br>    Defendant. | CASE NO.:   3:20-cv-00289-MMD-CLB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

  Plaintiff Donna Bateson ("Plaintiff" of "Bateson") and Defendant Renown Health ("Defendant" or "Renown"), by and through their respective counsel of record, hereby agree and stipulate that all claims that were or could have been asserted in this matter shall be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

///
///
///
///
///
///

DATED this 1st day of September, 2020.

BY:   /s/ William J. Geddes, Esq.
WILLIAM J. GEDDES, ESQ.
THE GEDDES LAW FIRM, P.C.
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502
will@TheGeddesLawFirm.com

*Attorney for Plaintiff*

DATED this 1st day of September, 2020.

BY:   /s/ Sandy Ketner, Esq.
SANDRA KETNER, ESQ.
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
SKetner@SHJNevada.com

*Attorney for Defendant*

**CASE DISMISSED. IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED:  September 1, 2020